FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN
JUSTICES
BRIAN HOYLE
GREG NEELEY

# TWELFTH COURT OF APPEALS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

7/9/2015 8:40:36 AM

CATHY S. LUSK
Clerk

FILED FOR RECORD
At 8:05 o'clock a.m.

JUL - 8 2015

JANICE STAPLES
District Clerk, Anderson County, TX
by_____ Dep.

July 7, 2015

Ms. Janice Staples
Anderson County
500 N. Church Street
Room 18
Palestine, TX 75801
* DELIVERED VIA E-MAIL *

**RE:**    Case Number:              12-15-00008-CR
           Trial Court Case Number:  28114

**Style:** Jeanne Miles
           v.
           The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*
    Katrina McClenny, Chief Deputy Clerk

C Mr. Michael Brian Evans (DELIVERED VIA E-MAIL)
C Mr. Mark W. Cargill (DELIVERED VIA E-MAIL)
:

Mandate executed on ___8___ day of ___July___, 2015.

Brief explanation of action taken: *filed in the papers of the cause*

*Janice S. Staples*                                District/County Clerk